# United States Bankruptcy Court
## District of Kansas

In re __Riley Drive Entertainment XV, Inc.__    Case No. __19-41328__
Debtor(s)    Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Riley Drive Entertainment XV, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 29, 2019**    /s/ Jonathan A. Margolies
Date    **Jonathan A. Margolies**
    Signature of Attorney or Litigant
    Counsel for __Riley Drive Entertainment XV, Inc.__
    **McDowell, Rice, Smith & Buchanan, PC**
    **605 W. 47th Street, Suite 350**
    **Kansas City, MO 64112**
    **(816) 753-5400 Fax:(816) 753-9996**
    **jmargolies@mcdowellrice.com**