IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
TOPEKA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| RILEY DRIVE ENTERTAINMENT XV, INC. | ) Case No: 19-41328 |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) |

## APPLICATION FOR EXPEDITED SCHEDULING OF HEARINGS ON A) STATEMENT OF OPERATING BUDGET OR, IN THE ALTERNATIVE, MOTION FOR AUTHORIZATION TO PAY OPERATING EXPENSES AND B) APPLICATION FOR APPROVAL OF PAYMENT OF PREPETITION PAYROLL

COMES NOW Debtor Riley Drive Entertainment XV, Inc., by and through undersigned counsel, and for its Application for Expedited Scheduling of Hearings on A) Statement of Operating Budget or, In The Alternative, Motion for Authorization to Use Cash Collateral and B) Application for Approval of Payment of Prepetition Payroll, states as follows:

1. Debtor filed this Chapter 11 proceeding on October 29, 2019. Debtor's business consists of ownership and operation of a restaurant and sports bar called Saints Pub + Patio in Lenexa, Kansas (the "Business"). All or virtually all of the cash flow of the Business derives from food and beverage purchases by the customers (the "Revenues"). On October 30, 2019, Debtor filed the Statement of Operating Budget or, in the Alternative, Motion for Authorization to Pay Operating Expenses (Doc. #16) and Application for Approval of Payment of Prepetition Payroll (Doc. #17).

2. The Statement of Operating Budget or, in the Alternative, Motion for Authorization to Pay Operating Expenses (the "Statement") implicates Debtor's authorization to pay the operating expenses of the business in accordance with the budget. As it is critical for Debtor to pay its post-petition operating expenses as they become due so that no disruption in the operation

6626088

of the business or interference of relationships with patrons, vendors and suppliers, or employees occurs, Debtor requests the Court to schedule an expedited hearing on the Statement to authorize the use of the Revenues to pay operating expenses as they become due to avoid immediate and irreparable harm to the Business. Debtor will implement service of any order scheduling an expedited hearing by email, fax, or overnight delivery service to the United States Trustee and all other creditors on the creditor matrix list (Doc. #6) filed by Debtor.

3. The Application for Approval of Payment of Prepetition Payroll (the "Payroll Application") seeks authorization to pay that portion of Debtors' last payroll that accrued prior to the bankruptcy filing. Payment of the pre-petition employee compensation and payroll taxes is vital to maintenance of Debtor's labor force and avoidance of any disruption to business operations. Therefore, Debtor seeks expedited consideration of the Payroll Application and the scheduling of an accelerated hearing thereon.

4. Good cause exists to grant this Application and schedule an expedited hearing on the Statement and the Payroll Application. Debtor attaches a proposed Order for the Court's consideration.

Respectfully submitted,

**MCDOWELL RICE SMITH & BUCHANAN**

*/s/Jonathan A. Margolies*
Jonathan A. Margolies    MO #30770
605 W. 47th Street, Suite 350    KS Fed #70693
Kansas City, Missouri  64112
Telephone:  (816) 753-5400
Facsimile:  (816) 753-9996
email: jmargolies@mcdowellrice.com
**ATTORNEYS FOR DEBTOR**

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st of October, 2019, a copy the foregoing was served via U.S. First Class mail, postage prepaid, to:

Office of the United States Trustee
401 N. Market,
Wichita, KS 67202

/s/ *Jonathan A. Margolies*
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
TOPEKA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| RILEY DRIVE ENTERTAINMENT XV, INC. | ) Case No: 19-41328 |
| | ) Chapter 11 |
| | ) |
| Debtor. | |

## ORDER APPROVING EXPEDITED SCHEDULING OF HEARINGS

THIS MATTER comes on Debtor's Application for Expedited Scheduling of Hearings on A) Statement of Operating Budget or, in the Alternative, Motion for Authorization to Pay Operating Expenses and B) Application for Approval of Payment of Prepetition Payroll filed by Debtor and, after review of the record and consideration of the relief requested,

THE COURT FINDS as follows:

1. On October 29, 2019, Debtor initiated this bankruptcy case with the filing of its voluntary Petition under Chapter 11 of the Bankruptcy Code. On the following day, Debtor filed the Statement of Operating Budget or, in the Alternative, Motion for Authorization to Pay Operating Expenses (the "Statement") and Application for Approval of Payment of Prepetition Payroll (the "Payroll Application").

6630754

2. Debtor filed its Application for Expedited Scheduling of Hearings on A) Statement of Operating Budget or, in the Alternative, Motion for Authorization to Pay Operating Expenses and B) Application for Approval of Payment of Prepetition Payroll (the "Expedited Hearing Application") on October 31, 2019. The Expedited Hearing Application seeks the scheduling of expedited hearings on the Statement and the Payroll Application.

3. Upon review of the Statement, Payroll Application and the Expedited Hearing Application, good cause exists to grant the request for an expedited hearing on the Statement and the Payroll Application.

THEREFORE, IT IS HEREBY ORDERED that the Expedited Hearing Application is granted and a hearing on the Statement and the Payroll Application is set for _____, 2019 at _____ .m. at the United States Courthouse, Room 210, 444 S.E. Quincy, Topeka, Kansas 66683.

###

**SUBMITTED BY:**

**MCDOWELL RICE SMITH & BUCHANAN**

*/s/Jonathan A. Margolies*

| | |
|---|---|
| Jonathan A. Margolies | MO #30770 |
| 605 W. 47th Street, Suite 350 | KS Fed #70693 |
| Kansas City, Missouri 64112 | |
| Telephone: (816) 753-5400 | |
| Facsimile: (816) 753-9996 | |
| email: jmargolies@mcdowellrice.com | |

**ATTORNEYS FOR DEBTOR**