**SO ORDERED.**

**SIGNED this 4th day of November, 2019.**



*Dale L. Somers*
Dale L. Somers
United States Chief Bankruptcy Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
## TOPEKA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RILEY DRIVE ENTERTAINMENT XV, INC. | ) ) ) | Case No: 19-41328 Chapter 11 |
| **Debtor.** | ) | |

### ORDER APPROVING EXPEDITED SCHEDULING OF HEARINGS

THIS MATTER comes on Debtor's Application for Expedited Scheduling of Hearings on A) Statement of Operating Budget or, in the Alternative, Motion for Authorization to Pay Operating Expenses and B) Application for Approval of Payment of Prepetition Payroll filed by Debtor and, after review of the record and consideration of the relief requested,

THE COURT FINDS as follows:

1. On October 29, 2019, Debtor initiated this bankruptcy case with the filing of its voluntary Petition under Chapter 11 of the Bankruptcy Code. On the following day, Debtor filed the Statement of Operating Budget or, in the Alternative, Motion for Authorization to Pay Operating Expenses (the "Statement") and Application for Approval of Payment of Prepetition Payroll (the "Payroll Application").

6630754

2. Debtor filed its Application for Expedited Scheduling of Hearings on A) Statement of Operating Budget or, in the Alternative, Motion for Authorization to Pay Operating Expenses and B) Application for Approval of Payment of Prepetition Payroll (the "Expedited Hearing Application") on October 31, 2019. The Expedited Hearing Application seeks the scheduling of expedited hearings on the Statement and the Payroll Application.

3. Upon review of the Statement, Payroll Application and the Expedited Hearing Application, good cause exists to grant the request for an expedited hearing on the Statement and the Payroll Application.

THEREFORE, IT IS HEREBY ORDERED that the Expedited Hearing Application is granted and a hearing on the Statement and the Payroll Application is set for November 6, 2019 at 11:15 a.m. in the United States Courthouse, Room 210, 444 S.E. Quincy, Topeka, Kansas 66683.

###

**SUBMITTED BY:**

**MCDOWELL RICE SMITH & BUCHANAN**

*/s/Jonathan A. Margolies*
Jonathan A. Margolies  MO #30770
605 W. 47th Street, Suite 350  KS Fed #70693
Kansas City, Missouri 64112
Telephone: (816) 753-5400
Facsimile: (816) 753-9996
email: jmargolies@mcdowellrice.com
**ATTORNEYS FOR DEBTOR**