IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
TOPEKA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **RILEY DRIVE ENTERTAINMENT XV, INC.** | ) ) ) | Case No: 19-41328 Chapter 11 |
| Debtor. | ) | |

## NOTICE OF HEARING

**NOTICE IS GIVEN** of the scheduling of a hearing on November 6, 2019 at 11:15 a.m. in the United States Courthouse, Room 210, 444 S.E. Quincy, Topeka, Kansas on the following matters;

1. Statement of Operating Budget or, in the Alternative, Motion for Authorization to Pay Operating Expenses (Doc. #16); and

2. Application for Approval of Payment of Prepetition Payroll (Doc. #17).

Respectfully submitted,

**MCDOWELL RICE SMITH & BUCHANAN**

*/s/Jonathan A. Margolies*
Jonathan A. Margolies     MO #30770
605 W. 47th Street, Suite 350     KS Fed #70693
Kansas City, Missouri 64112
Telephone:   (816) 753-5400
Facsimile:   (816) 753-9996
email: jmargolies@mcdowellrice.com
**ATTORNEYS FOR DEBTOR**

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th of November, 2019, a copy of the foregoing was served via Federal Express overnight delivery prepaid, to:

Office of the United States Trustee
301 N. Main, Suite 1150
Wichita, KS 67202

OakStar Bank
1020 E. Battlefield
Springfield, Missouri 65807

Landmark National Bank
8101 W. 135th Street
Overland Park, Kansas 66223

ASCAP
P.O. Box 311608
Nashville TN 37203

CCL 2, LLC
1100 Walnut
Suite 2000
Kansas City MO 64106

Fox Capital Group, Inc.
65 Broadway
Suite 804
New York NY 10006

Itria Ventures, LLC
462 Seventh Avenue, 20th Floor
New York NY 10018

Revenue Systems, Inc.
P.O. Box 15257
Clearwater FL 33766

Simply Funding, LLC
45 Broadway, Suite 2450
New York NY 10006

Small Business Financial Solutions
4500 East West Hwy
6th Floor
Bethesda MD 20814

US Foods, Inc.
16805 College Blvd
Lenexa KS 66219

/s/ *Jonathan A. Margolies*
Attorney for Debtor