| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Riley Drive Entertainment XV, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known) | 19-41328 |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Landmark National Bank** Creditor's Name  8101 W. 135th Street Overland Park, KS 66223 Creditor's mailing address  kknoth@banklandmark.com Creditor's email address, if known  Date debt was incurred 5/1/2019 Last 4 digits of account number 7001 Do multiple creditors have an interest in the same property? ☐ No ☑ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** **Inventory, accounts, equipment, general intangibles**  **Describe the lien** **Security Agreement**  **Is the creditor an insider or related party?** ☑ No ☐ Yes  **Is anyone else liable on this claim?** ☐ No ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)  **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☑ Disputed | $700,000.00 | Unknown |
| **2.2** **OakStar Bank** Creditor's Name  1020 E. Battlefield Springfield, MO 65807 Creditor's mailing address  cbuschjost@oakstarbank.com Creditor's email address, if known  Date debt was incurred 3/20/2018 Last 4 digits of account number 7004 Do multiple creditors have an interest in the same property? ☐ No ☑ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** **inventory, equipment, accounts, general intangibles**  **Describe the lien** **Security Agreement**  **Is the creditor an insider or related party?** ☑ No ☐ Yes  **Is anyone else liable on this claim?** ☐ No ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)  **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☑ Disputed | $2,827,796.23 | Unknown |

|   |   |   |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,527,796.23 |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|