# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**ASCAP**<br>P.O. Box 311608<br>Nashville, TN 37203<br>Date(s) debt was incurred _<br>Last 4 digits of account number **0511** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business debt**<br>Is the claim subject to offset? ☒ No ☐ Yes | **$198.75** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**CCL 2, LLC**<br>1100 Walnut<br>Suite 2000<br>Kansas City, MO 64106<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Restaurant Lease**<br>Is the claim subject to offset? ☒ No ☐ Yes | **$1,000,000.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Fox Capital Group, Inc.**<br>65 Broadway, Suite 804<br>New York, NY 10006<br>Date(s) debt was incurred **2/4/2019**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Loan**<br>Is the claim subject to offset? ☒ No ☐ Yes | **$270,305.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Fox Capital Group, Inc.**<br>65 Broadway<br>Suite 804<br>New York, NY 10006<br>Date(s) debt was incurred **2/4/2019**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Loan**<br>Is the claim subject to offset? ☒ No ☐ Yes | **$135,375.00** |

| | | | |
|---|---|---|---|
| Debtor | **Riley Drive Entertainment XV, Inc.** | Case number (if known) | **19-41328** |
| | Name | | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Itria Ventures, LLC**<br>**462 Seventh Avenue, 20th Floor**<br>**New York, NY 10018**<br><br>Date(s) debt was incurred **7/11/2018**<br>Last 4 digits of account number **5303** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $117,187.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Itria Ventures, LLC**<br>**462 Seventh Avenue, 20th Floor**<br>**New York, NY 10018**<br><br>Date(s) debt was incurred **5/8/2019**<br>Last 4 digits of account number **4996** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $116,071.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Revenue Systems, Inc.**<br>**P.O. Box 15257**<br>**Clearwater, FL 33766**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **9896** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,365.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Simply Funding, LLC**<br>**45 Broadway, Suite 2450**<br>**New York, NY 10006**<br><br>Date(s) debt was incurred **5/10/2019**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $65,809.68 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Small Business Financial Solut**<br>**4500 East West Hwy**<br>**6th Floor**<br>**Bethesda, MD 20814**<br><br>Date(s) debt was incurred **10/26/2018**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $126,302.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**US Foods, Inc.**<br>**16805 College Blvd**<br>**Lenexa, KS 66219**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1015** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $47,000.00 |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | **Total of claim amounts** |
|---|---|

| Debtor | Riley Drive Entertainment XV, Inc. | Case number (if known) | 19-41328 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,879,613.43 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,879,613.43 |