The dates set out in paragraphs one and two below are denied and parties have until 5:00PM on November 19th to object to the utility motion. If an objection is filed it will be heard at 11:00AM on 11/20/19. DLS



**SO ORDERED.**

**SIGNED this 13th day of November, 2019.**

_Dale L. Somers_
Dale L. Somers
United States Chief Bankruptcy Judge

___

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
## TOPEKA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RILEY DRIVE ENTERTAINMENT | ) | Case No: 19-41328 |
| XV, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION TO SHORTEN NOTICE PERIOD ON APPLICATION FOR DETERMINATION OF ADEQUATE ASSURANCE OF PAYMENT TO UTILITY PROVIDERS**

THIS MATTER comes on the Motion to Shorten Notice Period on Application for Determination of Adequate Assurance of Payment to Utility Providers filed by Debtor and, being fully advised in the premises,

THE COURT FINDS that good cause exists to grant the Motion.

THEREFORE, IT IS HEREBY ORDERED as follows:

6638470

1. The Motion is granted and the deadline for the filing of objections to the Application for Determination of Adequate Assurance of Payment to Utility Providers. is November 15, 2019.

2. In the event of the filing of a timely objection, the Court will set a telephonic hearing on November 18, 2019.

###

**SUBMITTED BY**:

Jonathan A. Margolies        MO #30770/KS. Fed #70693
**MCDOWELL RICE SMITH & BUCHANAN**
605 W. 47th Street, Suite 350
Kansas City, Missouri  64112
Telephone:   (816) 753-5400
Facsimile:   (816) 753-9996
Email: jmargolies@mcdowellrice.com
**ATTORNEYS FOR DEBTOR**