The date set out in paragraph one below is denied and parties have until 5:00PM on November 19th to object to the application to employ. If an objection is filed it will be heard at 11:00AM on 11/20/19.  DLS

**SO ORDERED.**

**SIGNED this 13th day of November, 2019.**

_Dale L. Somers_
Dale L. Somers
United States Chief Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
TOPEKA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RILEY DRIVE ENTERTAINMENT | ) | Case No:  19-41328 |
| XV, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION TO SHORTEN NOTICE PERIOD ON DEBTOR'S
<u>APPLICATION TO EMPLOY COUNSEL</u>**

THIS MATTER comes on the Motion to Shorten Notice Period on Application to Employ Counsel filed by Debtor and, being fully advised in the premises,

THE COURT FINDS that good cause exists to grant the Motion.

THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Motion is granted and the deadline for the filing of objections to the Application of Debtor for Authorization to Employ McDowell Rice Smith & Buchanan, P.C. is November 15, 2019.

2. In the event of the filing of a timely objection, the Court will set a telephonic hearing on November 20, 2019 at 11:00 A.M.

**SUBMITTED BY**:

Jonathan A. Margolies      MO #30770/KS. Fed #70693
**MCDOWELL RICE SMITH & BUCHANAN**
605 W. 47th Street, Suite 350
Kansas City, Missouri 64112
Telephone: (816) 753-5400
Facsimile: (816) 753-9996
Email: jmargolies@mcdowellrice.com
**ATTORNEYS FOR DEBTOR**