IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
TOPEKA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RILEY DRIVE ENTERTAINMENT | ) | Case No: 19-41328 |
| XV, INC. | ) | Chapter 11 |
| | ) | |
| **Debtor.** | | |

## NOTICE OF ENTRY OF ORDER, OBJECTION DEADLINE AND SCHEDULING OF HEARING

**NOTICE IS GIVEN** of the following:

1. Entry by the United States Bankruptcy Court for the District of Kansas (the "Bankruptcy Court") of the Interim Order (I) Authorizing Use of Cash Collateral and (II) Granting Adequate Protection (the "Interim Order") on November 14, 2019 (Doc. # 53);

2. Objections to Debtors' Statement of Operating Budget, or in the Alternative, Motion to Pay Operating Expenses (the "Motion") shall be filed with the Bankruptcy Court on or before December 10, 2019. Any objection filed untimely shall be deemed waived and will not be considered by the Bankruptcy Court; and

3. The Bankruptcy Court has scheduled an evidentiary hearing on December 17, 2019 at 1:30 P.M. (the "Hearing") at the United States Courthouse, 444 S.E. Quincy, Room 210, Topeka, Kansas to consider any timely-filed objections and entry of a final Order granting the Motion and authorizing payment of operating expenses in accordance with the budget attached to the Interim Order. Any party who has filed an objection but fails to appear at the Hearing shall be deemed to have withdrawn its objection.

6643617

Respectfully submitted,

**MCDOWELL RICE SMITH & BUCHANAN**

*/s/Jonathan A. Margolies*

| | |
|---|---|
| Jonathan A. Margolies | MO #30770 |
| 605 W. 47th Street, Suite 350 | KSFed #70693 |
| Kansas City, Missouri 64112 | |
| Telephone: (816) 753-5400 | |
| Facsimile: (816) 753-9996 | |

email: jmargolies@mcdowellrice.com
**ATTORNEYS FOR DEBTOR**

# CERTIFICATE OF SERVICE

On this 15th day of November, 2019, the above and foregoing was served via U.S. Mail to:

ASCAP
P.O. Box 311608
Nashville TN 37203

CCL 2, LLC
1100 Walnut
Suite 2000
Kansas City MO 64106

Fox Capital Group, Inc.
1920 E. Hallandale Beach Blvd,
Suite 503
Hallandale, FL 33009

Itria Ventures, LLC
462 Seventh Avenue, 20th Floor
New York NY 10018

Landmark National Bank
8101 W. 135th Street
Overland Park KS 66223

OakStar Bank
1020 E. Battlefield
Springfield MO 65807

Revenue Systems, Inc.
P.O. Box 15257
Clearwater FL 33766

Simply Funding, LLC
45 Broadway, Suite 2450
New York NY 10006

Small Business Financial Solutions
4500 East West Hwy
6th Floor
Bethesda MD 20814

US Foods, Inc.
16805 College Blvd
Lenexa KS 66219

Internal Revenue Service
Attn Insolvency/Advisory
2850 NE Independence Avenue
Stop 5334 LSM
Lee's Summit MO 64064-2337

| | |
|---|---|
| Richard Beheler<br>SouthLaw P.C.<br>13160 Foster, Suite 100<br>Overland Park, KS 66213 | Stephen Angermeyer<br>Fern & Angermayer, LLC<br>107 W. Fourth Street<br>P.O. Box 686<br>Pittsburg, KS 66762<br><br>Eric Johnson<br>Spencer Fane, LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, Missouri 64106 |

*/s/Jonathan A. Margolies*