**SO ORDERED.**

**SIGNED this 13th day of December, 2019.**



*Dale L. Somers*
Dale L. Somers
United States Chief Bankruptcy Judge

___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS
# TOPEKA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **RILEY DRIVE ENTERTAINMENT XV, INC.,** | ) | **Case No. 19-41328-DLS** |
| | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | | |

## AGREED ORDER CONTINUING FINAL HEARING ON
## DEBTOR'S MOTION TO PAY OPERATING EXPENSES

This Matter having come before the Court on debtor Riley Drive Entertainment XV, Inc.'s ("Debtor") Statement of Operating Budget, or in the Alternative, Motion to Pay Operating Expenses (the "Motion") and the objections, both written and oral, by OakStar Bank, Itria Ventures LLC, Landmark National Bank, and Simply Funding, LLC (the "Interested Parties").

The Court, having jurisdiction hereof, and upon review of the file and pleadings in this matter, the statements of counsel at the hearing, hereby FINDS as follows:

1

WA 14010628.2

1. Debtor commenced the captioned case by filing their Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code ("Code"), Code §§ 101 through 1146, on October 29, 2019 (the "Petition Date").

2. This Court has jurisdiction to hear the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a "core proceeding" within the meaning of 28 U.S.C. § 157.

3. Debtor continues to operate its business and manage its property as debtor in possession pursuant to Code §§ 1107 and 1108.

4. As of the Petition Date, the Debtor was originally in possession and/or control of cash and since the Petition Date has continued business operations that generates cash and has reduced and continues to reduce various assets of the bankruptcy estate to cash including, without limitation, credit card collections (collectively, the "Cash").

5. The Interested Parties each assert various interests[1] in (including, without limitation, security interests in, and liens upon) Debtor's personal property including, without limitation, inventory and accounts receivable (the "Alleged Collateral"). Further, the Interested Parties assert interests in Cash including, without limitation, that such cash constitutes proceeds of the Alleged Collateral and, therefore, constitutes cash collateral within the meaning of Code § 363(a). Debtor, at this time, disputes such assertions.

6. In the Motion, Debtor seeks to use property that the Interested Parties allege to constitute cash collateral pursuant to 11 U.S.C. § 363.

7. On November 14, 2019, the Court entered its *Interim Order (I) Authorizing Use of Cash Collateral, and (II) Granting Adequate Protection* (Doc. 53) (the "Interim Order"). Pursuant

---

[1] Simply Funding and Itria assert an actual ownership interest in a portion of Cash and receivables generated by the Debtor pursuant to two separate Future Receivables Sale Agreements executed by Debtor and without waiving their rights to later assert the significance of that status, are participating in this Order in order to receive the protections afforded the Interested Parties. All parties reserve the right to dispute the validity extent, nature and priority of Simply Funding and Itria's interests in such property and the corresponding claim to the forgoing protections.

to the Interim Order, the Court set a final hearing for December 17, 2019. The only objections to the Motion that have been filed have been by the Interested Parties. The Interested Parties and the Debtor are currently negotiating a final order and need additional time to conclude the negotiations. As such, the Interested Parties have agreed to the following relief as set forth in this Order.

**NOW, THEREFORE, IT IS HEREBY:**

**ORDERED** that the final evidentiary hearing on the Motion shall be heard on **January 14, 2020 at 1:30 p.m. (CST)**.

**IT IS FURTHER ORDERED**, that the Debtor's use of Cash continues to be expressly conditioned on the provisions of the Interim Order except (a) that the Debtor is granted use of Cash on a temporary basis for expenses listed in the Budget for the time period from October 29, 2019 through January 15, 2020, and for the payment of United States Trustee fees owed pursuant to 28 U.S.C. § 1930(a)(6), unless specifically prohibited by the Interim Order; and (b) Debtor's right to use Cash shall terminate, unless extended by further order of this Court or by express written consent of the Interested Parties, on the earlier of (i) **January 15, 2020**; (ii) the failure of the Debtor to cure any noncompliance with any provision of the Interim Order (as modified by this Order) after being provided seven (7) days' notice by an Interested Party of such noncompliance; (iii) the entry of an order authorizing, or there shall occur, a conversion or dismissal of this under Code § 1112; (iv) the entry of an order appointing a trustee, or appointing an examiner with powers exceeding those set forth in Code § 1106(b); (v) the closing of a sale of all or a substantial portion of the assets of the Debtor; (vi) the cessation of day-to-day operations of Debtor; (vii) any loss of accreditation or licensing of the Debtors that would materially impede or impair the Debtor's ability to operate as a going concern; and (viii) any material provision of the Interim Order for any reason ceases to be enforceable, valid, or binding upon the Debtor.

**IT IS SO ORDERED**.

###

Approved by:

**MCDOWELL RICE SMITH & BUCHANAN**

*/s/ Jonathan A. Margolies*
Jonathan A. Margolies        KS Fed # 30770
605 W. 47th Street, Suite 350
Kansas City, Missouri 64112
Telephone: 816-753-5400
Facsimile: 816-753-9996
Email: jmargolies@mcdowellrice.com

ATTORNEYS FOR DEBTOR

**SPENCER FANE LLP**

*/s/ Eric L. Johnson*
Eric L. Johnson        KS # 20542
1000 Walnut, Suite 1400
Kansas City, Missouri 64106-2140
Telephone: 816-474-8100
Facsimile: 816-474-3216
Email: ejohnson@spencerfane.com

ATTORNEYS FOR OAKSTAR BANK

**SOUTHLAW, P.C.**

*/s/ Richard Beheler*
Richard Beheler        KS # 16915
13160 Foster Suite 100
Overland Park, Kansas 66213-2660
Telephone: 913-663-7600
Facsimile: 913-663-7899
Email: Richard.Beheler@southlaw.com

ATTORNEYS FOR INTRIA VENTURES LLC

4

WA 14010628.2

Case 19-41328   Doc# 79   Filed 12/13/19   Page 4 of 5

**FERN & ANGERMAYER, L.L.C.**

*/s/ Stephen B. Angermayer*
Stephen B. Angermayer     KS # 13798
107 W. Fourth Street
P.O. Box 686
Pittsburg, Kansas 66762
Telephone: 620-231-7300
Facsimile: 620-231-1033
Email: sangermayer@fernangermayer.com

ATTORNEYS FOR LANDMARK NATIONAL BANK


**EVANS & MULLINIX, P.A.**

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538
7225 Renner Road, Suite 200
Shawnee, KS  66217
Telephone:  (913) 962-8700;
Facsimile:  (913) 962-8701
Email  cgotham@emlawkc.com

*ATTORNEYS FOR SIMPLY FUNDING, LLC*