# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS
# TOPEKA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RILEY DRIVE ENTERTAINMENT ) | Case No: 19-41328 |
| XV, INC. , ) | Chapter 11 |
| ) | |
| **Debtor.** | |

## NOTICE OF BAR DATE

PLEASE TAKE NOTICE that the Court has established **January 24, 2020**, as the bar date for filing proofs of claim (the "Bar Date") in the above-captioned case for all creditors. You may complete and file an electronic proof of claim at www.uscourts.gov/epoc/, or obtain a proof of claim form at www.uscourts.gov or any bankruptcy clerk's office. Proof of claim forms should be filed with the Clerk of the Bankruptcy Court at the U.S. Courthouse, 444 S.E. Quincy, Room 240, Topeka, Kansas 66683.

All claims listed in the Debtor's Schedules (as they may be amended) except those designated as disputed, contingent, or unliquidated will be allowed as listed and paid accordingly under any confirmed plan unless the creditor holding the claim files a proof of claim, on or before the Bar Date, asserting a different amount or status for the claim, or a party in interest objects to the Debtor's listing.

Creditors holding claims not listed in the Debtor's Schedules or listed as disputed, contingent, or unliquidated must file a proof of claim on or before the Bar Date, or those claims will be barred and the holders will not be entitled (1) to vote whether to accept a plan, or (2) to be paid under a confirmed plan of reorganization. The creditors who are currently listed in the Debtor's Schedules as disputed, contingent, or unliquidated are named on the attached Exhibit 1.

Respectfully submitted,

**MCDOWELL RICE SMITH & BUCHANAN**

*/s/Jonathan A. Margolies*

| Jonathan A. Margolies | MO #30770 |
| 605 W. 47th Street, Suite 350 | KSFed #70693 |

Kansas City, Missouri 64112
Telephone: (816) 753-5400
Facsimile: (816) 753-9996
email: jmargolies@mcdowellrice.com
**ATTORNEYS FOR DEBTOR**

## **EXHIBIT 1**

Landmark National Bank
8101 W. 135th Street
Overland Park, KS 66223

OakStar Bank
1020 E. Battlefield
Springfield, MO 65807